**DISMISS and Opinion Filed July 29, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00164-CV

**CHARLES "CHUCK" ZUBARIK, Appellant**
**V.**
**FRANCISCO GONZALEZ, MARIANNE GONZALEZ,**
**THE FIRST AMENDED PHILLIPS FAMILY TRUST,**
**RONI HENDERSON, ERIC SORENSEN, JAMIE SORENSEN,**
**DAVID SMELSER, AND LINDSAY SMELSER, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18220**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant appeals from the trial court's March 15, 2021 order vacating its severance order signed on December 4, 2020. We questioned our jurisdiction over this appeal because the order vacating a severance order is neither a final judgment nor an appealable interlocutory order. *See Lehmann v. Har-Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a). At our request, the parties filed letter briefs addressing the jurisdictional issue.

In his letter brief, appellant, rather than addressing the question posed – whether the order vacating the severance order is final or otherwise appealable – addresses the merits as to why the trial court erred in signing that order. Nothing in appellant's letter brief demonstrates that we have jurisdiction to review an order vacating a severance order.

The order vacating the severance order is neither a final judgment nor an appealable interlocutory order. For this reason, we lack jurisdiction and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210164F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHARLES "CHUCK" ZUBARIK,
Appellant

No. 05-21-00164-CV      V.

FRANCISCO GONZALEZ,
MARIANNE GONZALEZ, THE
FIRST AMENDED PHILLIPS
FAMILY TRUST, RONI
HENDERSON, ERIC SORENSEN,
JAMIE SORENSEN, DAVID
SMELSER, AND LINDSAY
SMELSER, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-18220.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees FRANCISCO GONZALEZ, MARIANNE
GONZALEZ, THE FIRST AMENDED PHILLIPS FAMILY TRUST, RONI
HENDERSON, ERIC SORENSEN, JAMIE SORENSEN, DAVID SMELSER,
AND LINDSAY SMELSER recover their costs of this appeal from appellant
CHARLES "CHUCK" ZUBARIK.

Judgment entered July 29, 2021.